IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RASUNDRA ELEY, individually　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
and as the next friend of J.Y.

V.　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:15-CV-00108-SA-DAS

THE CITY OF WEST POINT MISSISSIPPI　　　　　　　　　　　　　　　DEFENDANT

ORDER

For the reasons fully explained in a separate memorandum opinion issued this same day, the Defendant the City of West Point's Motion for Summary Judgment [92] is GRANTED as to the Plaintiff's federal claim brought under 42 U.S.C. §1983. The Plaintiff's §1983 claim against the City is DISMISSED with prejudice. As to the Plaintiff's remaining state law claims, the Court declines to exercise supplemental jurisdiction over these claims. All of the Plaintiff's state law claims are DISMISSED without prejudice. This CASE is CLOSED.

So ORDERED on this the 9th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE